IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TRUCORPS LLC**, *et al.*, | * |
| Petitioners, | * |
| v. | * Civil No. **PJM 19-1505** |
| **UNITED STATES OF AMERICA**, | * |
| Respondent. | * |

### ORDER

Having considered Petitioners' Petition to Quash IRS Third-Party Summons, ECF No. 1, Respondent's Motion for Summary Enforcement of IRS Summons, ECF No. 11, and for the reasons stated during the Motions Hearing held on January 15, 2020, it is, this 15th day of January, 2020

**ORDERED**

1. Petitioners' Petition to Quash IRS Third-Party Summons, ECF No. 1, is **DENIED**;
2. Respondent's Motion for Summary Enforcement of IRS Summons, ECF No. 11, is **GRANTED**;
3. The Clerk of Court is directed to **CLOSE** this case.

/s/
_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**